UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00204-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BOGGS PAVING, INC. AND** | ) | |
| **CARL ANDREW BOGGS III, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the parties' request for in-chambers conference. After conducting such in-chambers conference, the court enters the following Order:

**ORDER**

**IT IS ORDERED** that the court's previous Order (#228) is **WITHDRAWN**, the Motion for Coordinated Sentencing Date (#222) is again termed, the dates for sentencing remain as previously noticed, and the parties shall file their respective sentencing briefs and any exhibits or letters of support (subject to the previous instructions concerning non-attachment to the sealed sentencing memoranda and proper methodology for any sealing under LCrR 55.1) not later than November 13, 2015, with no page limitations. The court will, at a later date, enter an Order and/or provide notice of a date for an evidentiary hearing on the issue of Loss Amount as to all defendants (except Defendant Mann) and, if so desired by Defendant Boggs and the government, application of the § 3B1.1(a) enhancement as to Defendant Andrew Boggs .

Pretrial Services Officer Baker is advised that no additional review by USPO is necessary for objections briefed in such memoranda.

Signed: November 5, 2015

Max O. Cogburn Jr
United States District Judge