# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

Criminal Case No.: 3:13-CR-204

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREG MILLER | MOTION FOR EARLY TERMINATION<br>OF SUPERVISED RELEASE |

Comes now defendant Greg Miller, by and through his attorney Christopher C. Fialko, and moves the Court to terminate his supervised release early because he has thoroughly complied with all conditions for the first fifteen months of a 24-month supervised release term. The government does not object.

In support of this motion, Mr. Miller shows the Court the following:

1. On August 4, 2014, pursuant to a plea agreement, Miller was convicted of Conspiracy to Commit Wire and Mail Fraud. On December 17, 2015, he was sentenced to 15 months of imprisonment, followed by two years of supervised release.

2. Miller began his supervised release on January 3, 2017. He has been on supervised release for 15 months total.

3. Mr. Miller's probation officer, Valerie Debnam, informed counsel for Miller that she has been assigned to his case since July 14, 2017, and, since that date, Miller has been on low intensity supervision and has not posed any problems.

4. Mr. Miller is currently fully employed and does not owe any restitution.

5. Counsel for Mr. Miller has informed the government of this motion, and the U.S. Attorney's office does not oppose early termination.

## Conclusion

Greg Miller has been a post-release success story.  He has a good full-time job and over a year of good behavior on supervised release.  He therefore moves the Court to terminate his supervised release early.

Respectfully submitted, this 23th day of April, 2018.

        FIALKO LAW PLLC

        /s/ Christopher C. Fialko
        Christopher C. Fialko
        Fialko Law PLLC
        227 West 4th Street, Suite 229
        Charlotte, NC 28202
        Tel: (704) 458-5415
        chris.fialko@fialko-law.com

# CERTIFICATE OF SERVICE

I certify that the foregoing was served upon the following on April 23, 2018:

**By Electronic Filing**

**Jenny Grus Sugar**
U.S. Attorneys Office
227 W. Trade Street
Suite 1650
Charlotte, NC 28202
704-344-6222
Fax: 704-344-6629
Email: jenny.sugar@usdoj.gov

**Benjamin Bain-Creed**
U.S. Attorney's Office
227 West Trade Street
Carillon Building, Suite 1650
Charlotte, NC 28202
704-338-3123
Fax: 704-344-6629
Email: benjamin.bain-creed@usdoj.gov

                                           /s/ Christopher C. Fialko
                                           Christopher C. Fialko