UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-204

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREG MILLER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's counseled Motion for Early Termination of Supervised Release. Defendant's Supervising Officer, USPO Valerie Debnam, has advised counsel that Miller has been on low intensity supervision and has not posed any problems whatsoever. The Court also notes that the motion reflects that the government does not oppose early termination. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release (#275) is **GRANTED**, and supervision is terminated early as successfully completed.

Signed: April 24, 2018

Max O. Cogburn Jr
United States District Judge